# United States District Court  FILED

__NORTHERN__ DISTRICT OF __CALIFORNIA__

NOV -9 P 2:30

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J

UNITED STATES OF AMERICA

V.

Gregorio LOPEZ-Cruz
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

07-70677  HRL

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On a date unknown but no later than, __May 7, 2007__, in __Santa Clara County__ in the __Northern__ District of __California__ defendant(s) was, (Track Statutory Language of Offense)

Unlawfully re-entered and was found in the United States after deportation, without the permission of the Attorney General

in violation of Title __8__ United States Code, Section(s) __1326__
I further state that I am a(n) __Deportation Officer__ and that this complaint is based on the following
                                Official Title
facts:

SEE ATTACHED AFFIDAVIT

PENALTIES: $250,000.00 fine, two (2) years imprisonment, $100.00 special assessment fee, and a Term of Supervised Release of one year.

Requested bail: Issue no bail warrant.

APPROVED AS TO FORM: _____
                          ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__11/9/07__                          at      __San Jose, California__
   Date                                          City and State

Howard R. Lloyd
United States Magistrate Judge                  _____
Name & Title of Judicial Officer                 Signature of Judicial Officer

**RE:**   LOPEZ-Cruz, Gregorio A73 817 540

I am a Deportation Officer of the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) and have been employed since July 7, 1997. I am currently assigned to the Criminal Alien Program (CAP) Unit of the San Jose Sub-Office. In such capacity, I have reviewed the official file relating to the above named individual, which attests to the following:

(1)   Mr. LOPEZ-Cruz is a 31-year-old male who has used twenty (20) aliases and eight (8) dates of birth in the past.

(2)   Mr. LOPEZ-Cruz has been assigned one (1) Alien Registration number of A73 817 540, FBI number of 918800AB6, California Criminal Information Index number of A21620430, and a Santa Clara County Personal File Number of DQZ891.

(3)   Mr. LOPEZ-Cruz is a native of Mexico and a citizen of Mexico since birth. A check through official records shows that he was arrested and deported on three (3) occasions from the United States:

| DATE | PLACE OF DEPORTATION |
| --- | --- |
| June 17, 2002 | Nogales, AZ |
| October 18, 2002 | Nogales, AZ |
| November 1, 2006 | San Ysidro, CA |

(4)   Mr. LOPEZ-Cruz last entered the United States at or near San Ysidro, CA on or after November 1, 2006, by crossing the international border without inspection subsequent to deportation.

(5)   Mr. LOPEZ-Cruz on a date unknown, but no later than May 07, 2007, in Santa Clara County in the Northern District of California, was found to be unlawfully present in the United States, after prior arrests and deportations, without the permission of the Attorney General or the Secretary of Homeland Security, in violation of Title 8, United States Code, Section 1326. On May 15, 2007, Mr. LOPEZ-Cruz was interviewed by Immigration Enforcement Agent (IEA) Erin Diep at the Santa Clara Co Jail Elmwood, Milpitas, CA, and during that interview, Mr. LOPEZ-Cruz was advised of his **Miranda** rights in Spanish. Mr. LOPEZ-Cruz waived his **Miranda** rights and provided a written sworn statement attesting to his alienage, prior deportation, and failure to obtain permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States.

RE:    LOPEZ-Cruz, Gregorio A73 817 540

(6)  Mr. LOPEZ-Cruz was, on October 11, 2001, convicted in the Superior Court of California, in and for the County of Santa Clara, for the offense of INFLICT CORPORAL INJURY ON SPOUSE/COHABIATANT, a misdemeanor, in violation of Section 273.5(a) of the California Penal Code, and was sentenced to one hundred twenty (120) days in jail.

(7)  Mr. LOPEZ-Cruz was, on March 27, 2002, convicted in the Superior Court of California, in and for the County of Santa Clara, for the offense of GRAND THEFT, a misdemeanor, in violation of Section 487(a) of the California Penal Code, and was sentenced to thirty (30) days in jail.

(8)  Mr. LOPEZ-Cruz was, on May 7, 2002, convicted in the Superior Court of California, in and for the County of Santa Clara, for the offense of DISORDERLY CONDUCT: INTOX DRUG/ALCOHOL, a misdemeanor, in violation of Section 647(f) of the California Penal Code, and was sentenced to ten (10) days in jail.

(9)  Mr. LOPEZ-Cruz was, on June 25, 2002, convicted in the United States District Court, District of Arizona, for the offense of ILLEGAL ENTRY, a misdemeanor, in violation of Title 8 United States Code, Section 1325, and was sentenced to one hundred twenty (120) days.

(10) Mr. LOPEZ-Cruz was, on November 10, 2005, convicted in the Superior Court of California, in and for the County of Santa Clara, for the offense of SELL/FURNISH/ETC MARIJUANA, a felony, in violation of Section 11360(a) of the California Health and Safety Code, and was sentenced to nine (9) months in jail.

(11) On the basis of the above information, there is probable cause to believe that Mr. LOPEZ-Cruz illegally re-entered the United States, in violation of Title 8, United States Code, Section 1326.

_____
Trong Q. Nguyen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me this ___9___ day of ___Nov___, 2007

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE